IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COCA-COLA BOTTLING CO., CONSOLIDATED, INC., ) ) ) Plaintiff, ) ) vs. ) INTERNATIONAL BROTHERHOOD OF ) TEAMSTERS, CHAUFFEURS, ) WAREHOUSEMEN, AND HELPERS, LOCAL ) UNION NO. 991, ) ) Defendant. ) | CIVIL ACTION NO. 05-0230-P-B |

## JUDGMENT

In accordance with this court's Order entered this date, it is ORDERED, ADJUDGED, and DECREED that CCB's Motion For Summary Judgment (docs.19-20), be and is hereby DENIED; that the Union's Motion For Summary Judgment (docs.21-23), be and is hereby GRANTED; and that the Arbitrator's Decision and Award is hereby UPHELD.

This court will consider the Union's well documented and legally supported request for attorneys' fees expended in its enforcement effort, filed pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

DONE this 26th day of January, 2006.

      S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE